

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00714-CR |
| Style: | Walter Nelson v. The State of Texas |
| Date motion filed*: | December 19, 2018 |
| Type of motion: | First Motion for Extension of Time in Which to File Appellant's Brief |
| Party filing motion: | Appellant's Appointed Counsel Richard K. Oliver |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?  No.

If motion to extend time:

| | |
|---|---|
| Original due date: | December 19, 2018 |
| Number of extensions granted: | 0   Current Due Date: December 19, 2018 |
| Date Requested: | April 18, 2019 (120 days from original due date) |

Ordered that motion is:

☑ Granted, in part

    If document is to be filed, document due: February 19, 2019.

    ☑ **No further extensions of time will be granted absent extraordinary circumstances.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because appellant's counsel has filed a first extension requesting 120 days to file his brief due to briefs due or trials scheduled in other cases for January and because he is a solo practitioner, his request is **granted, in part**, for 60 days due to the total length requested. *See* TEX. R. APP. P. 4.1(a), 10.5(b)(1)(C), 38.6(d). However, counsel is warned that **no further extensions will be granted absent extraordinary circumstances**.

Judge's signature:  /s/ Evelyn V. Keyes_____

                ☒ Acting individually    ☐ Acting for the Court

Date:  __December 21, 2018_____